# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GENE MONTES, individually and on behalf of persons similarly situated,**

**Plaintiff,**

**-vs-**  Case No. 6:09-cv-2179-Orl-22DAB

**LUXOTTICA RETAIL NORTH AMERICA, INC., a foreign corporation doing business as LensCrafters formerly known as Lenscrafters, Inc., a foreign corporation,**

**Defendant.**

_____

## ORDER

This cause is before the Court on the Joint Motion to Approve FLSA Settlement (Doc. No. 25) filed on March 18, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Non-Objection (Doc. No. 31), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 19, 2010 (Doc. No. 30) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion to Approve FLSA Settlement (Doc. No. 25) is GRANTED. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA issues.

3. This case is DISMISSED without prejudice subject to the right of any party to submit a stipulated form of final order or judgment.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 27, 2010.

Copies furnished to:

Counsel of Record

*[signature]*
ANNE C. CONWAY
United States District Judge